■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MONDO, Appellant. [930 NYS2d 482]—

"A departure from the presumptive risk level is warranted where 'there exists an aggravating or mitigating factor of a kind, or to a degree, that is otherwise not adequately taken into account by the guidelines' " (*People v Bussie*, 83 AD3d 920, 920-921 [2011], *lv denied* 17 NY3d 704 [2011], quoting Sex Offender Registration Act: Risk Assessment Guidelines and Commentary, at 4 [2006]; *see People v Alston*, 86 AD3d 553, 554 [2011]). Here, the Supreme Court properly determined that the defendant was not entitled to a downward departure and, thus, properly designated the defendant a level two sex offender (*see People v Padro*, 84 AD3d 1046 [2011], *lv denied* 17 NY3d 711 [2011]). Dillon, J.P., Eng, Sgroi and Miller, JJ., concur.